JOSEPH MOLITOR

*vs.*

THE FIRST DIV. ST. PAUL & PACIFIC R. R. CO.

The decision in *Gray vs. The First Div. St. Paul & Pacific R. R. Co.*, 13 *Minn.*, followed and applied.

The plaintiff was the owner of a certain lot in St. Anthony. The defendant constructed its railroad along the street in front of plaintiff's lot. He brought this suit in the District Court of Hennepin County to recover damages occasioned by the construction and maintenance of such railroad. A demurrer was interposed to the plaintiff's complaint, which was overruled, and the defendant appeals to this Court.

H. R. BIGELOW for Appellant.

JEROME & SHILLOCK for Respondent.

*By the Court*—BERRY, J.—The questions raised by the appellant in this case were presented for our determination and decided adversely to the appellant's views, in *Gray vs. The First Division of the St. Paul and Pacific Railroad Company*, 13 *Minn.*, 315. In this case, as in that, the order appealed from must be affirmed.

Ordered accordingly.
vol. xiv.—19